# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RACHEL STROUD,<br><br>    Plaintiff,<br><br>v.<br><br>SELF INVESTMENT ENRICHMENT SERVICES, INC.,<br><br>    Defendant. | Case No. 1:21-cv-00659-SCJ |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Upon application of the Parties and the Court's review of the Parties' Settlement Agreement, the Court concludes that the terms of the Parties' Settlement Agreement are reasonable and satisfactory. Therefore, the Court hereby Orders that the Parties' Settlement Agreement, attached as Exhibit A to the Joint Motion, is approved.

The Court further Orders that if neither party seeks additional relief from this Court within thirty (30) days following entry of this ORDER then all claims brought or that could have been brought in the case shall be automatically dismissed with prejudice.

**IT IS SO ORDERED.**

This the __19th__ day of ____April_____, 2021.

_____
Honorable Steve C. Jones
United States District Judge
Northern District of Georgia